# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| PERRY SYKES, ) | |
| ) | |
| Petitioner, ) | CIVIL ACTION NO.: CV211-033 |
| ) | |
| v. ) | |
| ) | |
| ANTHONY HAYNES, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Perry Sykes ("Sykes") asserts that there is a genuine issue of material fact as to whether he was denied his right to present evidence of his innocence, i.e., the alleged audiotape of the telephone call at issue. The undersigned notes that the only evidence before the Court regarding this alleged audiotape is Sykes' contentions set forth in his Administrative Remedy Request that he was denied his right to present evidence in his defense. (Doc. No. 1, p. 5). However, Sykes was informed in the Response denying his Administrative Remedy Request that he failed to present any evidence in support of his claim that he asked his staff representative to review the audiotape. Sykes did not raise the issue of the audiotape during his hearing. (Id. at p. 4). In addition, Counselor Daniels asserts in his Affidavit that he did not remember Sykes requesting that either of them have the opportunity to

review the audiotape before the hearing nor did Sykes ask to present an audiotape during the hearing. (Doc. No. 7-1, p. 47; Doc. No. 8, p. 6). Further, and more importantly, the issue before the Court is whether all of the due process protections afforded to Sykes were met during the disciplinary proceedings, which they were.

Sykes' Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Sykes' petition, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 14 day of June, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)